EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 490-2021-00184 |

_____ and EEOC
State or local Agency, if any

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Karla D. McKnight | (662) ▇▇▇▇ | ▇▇▇▇ |

| Street Address | City, State and ZIP Code |
|---|---|
| 535 Friendship Road | Ecru, Mississippi 38841 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two are named, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| Renasant Bank | 2,700 | (662) 680-1001 |

| Street Address | City, State and ZIP Code |
|---|---|
| 209 Troy Street | Tupelo, Mississippi 38804 |

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☐ AGE ☒ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest _____ Latest 9/9/2020
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was employed by Respondent as a senior payroll assistant for a period of more than thirty (30) days. Because my husband had contracted COVID-19, I was required to take medical leave beginning on July 15, 2020. While I was on medical leave, I contracted COVID-19, and was hospitalized in intensive care for five (5) days, from July 25, 2020, through July 29, 2020. I was unable to return to work until August 10, 2020, because the necessity of getting a negative test for COVID-19. Upon receipt of a negative COVID-19 test, I returned to work on August 10, 2020. Less than two (2) weeks later, on August 20, 2020, I was given an unsatisfactory performance review. I was terminated on September 9, 2020.

The Respondent discharged me because of my COVID-19, and the hospitalization that I suffered as a result of the virus. The Respondent discharged me because it regarded me as having a disability (susceptibility to coronavirus), and a record of having had a disability. My coronavirus and related pneumonia constituted a "record of having had a disability." Therefore, my discharge was in violation of the Americans with Disabilities Act.

My discharge also violated other federal statutes. I request the EEOC to investigate to determine whether I have been discharged in violation of the Americans with Disabilities Act.

*[EEOC RECEIVED OCT 26 2020 MEMPHIS, TENN.]*

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

10/13/2020
Date — Charging Party Signature

NOTARY – When necessary for State or Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE

**EXHIBIT A**