IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

KARLA D. MCKNIGHT                                                   PLAINTIFF

v.                               CIVIL ACTION NO. 1:21-CV-00139-GHD-DAS

RENASANT BANK                                               DEFENDANT

### ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

Pursuant to an Opinion issued this day, it is hereby ORDERED that:

(1) the Defendant's Motion to Dismiss [10] is GRANTED;

(2) the Plaintiff's claims are DISMISSED WITH PREJUDICE; and

(3) this case is CLOSED.

SO ORDERED, this the 2nd day of May, 2022.

_____
SENIOR U.S. DISTRICT JUDGE